UNDER SEAL

2016 NOV 16 PM 2:40 FILED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2016 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VANESSA RAQUEL FALCONI,<br>  aka "Vanessa F,"<br>MAXIMUS RANGEL,<br>  aka "Max Q," and<br>JUAN TORRES,<br><br>    Defendants. | CR No. CR16-00774<br><br><u>I N D I C T M E N T</u><br><br>[18 U.S.C. § 371: Conspiracy; 18 U.S.C. § 1708: Possession of Stolen Mail; 18 U.S.C. § 2(a): Aiding and Abetting] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 371]

A. <u>OBJECT OF THE CONSPIRACY</u>

Beginning on a date unknown to the Grand Jury, and continuing until on or about January 4, 2016, in Los Angeles County, within the Central District of California, and elsewhere, defendants VANESSA RAQUEL FALCONI, also known as ("aka") "Vanessa F." ("FALCONI"), MAXIMUS RANGEL, aka "Max Q" ("RANGEL"), and JUAN TORRES ("TORRES"), conspired and agreed with each other to knowingly and intentionally

commit an offense against the United States, namely, possession of stolen mail, in violation of Title 18, United States Code, Section 1708.

B. **MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED**

The object of the conspiracy was to be accomplished, in substance, as follows:

1. Defendants FALCONI, RANGEL, and TORRES would travel to various residential neighborhoods in order to steal mail.

2. Defendant TORRES would remove mail matter from residential mailboxes in the neighborhood.

3. Defendants FALCONI, RANGEL, and TORRES would leave the residential locations with the stolen mail.

C. **OVERT ACTS**

In furtherance of the conspiracy and to accomplish its object, on or about the following dates, defendants FALCONI, RANGEL, and TORRES, and others unknown to the Grand Jury, committed various overt acts in Los Angeles County, within the Central District of California, and elsewhere, including, but not limited to, the following:

1. On or about January 4, 2016, defendants FALCONI, RANGEL, and TORRES traveled to the vicinity of San Luis Rey Road in Arcadia, California in defendant FALCONI's vehicle.

2. On or about January 4, 2016, one of the defendants stole a FedEx package from an address on San Luis Rey Road and placed it in the trunk of defendant FALCONI's vehicle.

3. On or about January 4, 2016, defendant TORRES carried three folding knives and a flashlight.

4. On or about January 4, 2016, defendant TORRES approached an address on Santa Rosa Road for the purpose of stealing mail.

5. On or about January 4, 2016, defendant TORRES stole mail from at least one residential mailbox.

6. On or about January 4, 2016, while they were traveling in defendant FALCONI's vehicle, defendants FALCONI, RANGEL, and TORRES possessed approximately 62 pieces of opened and unopened envelopes and mail matter, addressed to or in names of persons other than defendants FALCONI, RANGEL, and TORRES, which were located in the center console, the front passenger area, and a backpack in the rear passenger area.

COUNT TWO

[18 U.S.C. § 1708; 18 U.S.C. § 2(a)]

On or about January 4, 2016, in Los Angeles County, within the Central District of California, defendants VANESSA RAQUEL FALCONI, also known as ("aka") "Vanessa F." ("FALCONI"), MAXIMUS RANGEL, aka "Max Q" ("RANGEL"), and JUAN TORRES ("TORRES"), each aiding and abetting the other, unlawfully possessed mail matter that had been stolen from the United States mail, namely, approximately 62 pieces of mail addressed to various individuals and businesses, both within Los Angeles County and elsewhere, and at that time and place defendants FALCONI, RANGEL, and TORRES each knew that said mail was stolen.

COUNT THREE

[18 U.S.C. § 1708]

On or about January 4, 2016, in Los Angeles County, within the Central District of California, defendant VANESSA RAQUEL FALCONI, also known as "Vanessa F." ("FALCONI"), unlawfully possessed mail matter that had been stolen from the United States mail, namely, approximately 25 pieces of mail addressed to various individuals and businesses, both within Los Angeles County and elsewhere, and at that time and place defendant FALCONI knew that said mail was stolen.

## COUNT FOUR

[18 U.S.C. § 1708]

On or about January 4, 2016, in Los Angeles County, within the Central District of California, defendant JUAN TORRES ("TORRES") unlawfully possessed mail matter that had been stolen from the United States mail, namely, approximately 49 pieces of mail addressed to various individuals and businesses, both within Los Angeles County and elsewhere, and at that time and place defendant TORRES knew that said mail was stolen.

A TRUE BILL

/S/
Foreperson

EILEEN M. DECKER
United States Attorney

*Joe McNally for*

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

GREGORY S. SCALLY
Assistant United States Attorney
Santa Ana Branch Office